# Exhibit 2

**From:** Ramon Villegas <rvillegas@accesstherapies.com>
**To:** 'ritu raj' <raj_physio2001@yahoo.co.in>
**Cc:** T mabesa <tmabesa@accesstherapies.com>
**Sent:** Friday, 8 April 2011 5:16 PM
**Subject:** Your Petition Has Been Approved!

Hi Raj,

How goes the review?

Our patience has paid off. We have good news for you. Your visa has been approved! Congratulations!

Please see the text of the email from USCIS below:

---

Subject: Case Status Information for Tracking Number: Rituraj Panwar

*** DO NOT RESPOND TO THIS E-MAIL ***

The last processing action taken on your case

Receipt Number: EAC1019251463

Application Type: I129 , PETITION FOR A NONIMMIGRANT WORKER

Your Case Status: Post Decision Activity

On April 5, 2011, we mailed you a notice that we have approved this I129
PETITION FOR A NONIMMIGRANT WORKER. Please follow any instructions on the
notice. If you move before you receive the notice, call customer service at
1-800-375-5283.

For approved applications/petitions, post-decision activity

may include
USCIS sending notification of the approved application/petition to the
National Visa Center or the Department of State.  For denied applications/petitions, post-decision activity may include the processing of
an appeal and/or motions to reopen or reconsider and revocations.


If you have questions or concerns about your application or the case status
results
listed above, or if you have not received a decision from USCIS within the
current
processing time listed*, please contact USCIS Customer Service at (800)
375-5283.

*Current processing times can be found on the USCIS website at www.uscis.gov
under Check Processing Times.

*** Please do not respond to this e-mail message.

Sincerely,

The U.S. Citizenship and Immigration Services (USCIS)



Since the NPTE is just around the corner, perhaps it would be best that you concentrate on your studies to ensure that you will pass the exam.  If you pass, we need not go through the tedious process of applying for a temporary license in the first place.

Let us know your decision on this.

Thanks.

Ramon
**Access** Therapies
5980 West 71st St., Suite 102
Indianapolis, IN 46278
Phone : (317) 388-0800
Fax : (317) 388-0805

rvillegas@accesstherapies.com

website : www.AccessTherapies.com

Candidate Application Link: https://rss1.securetss.com/accesstherapies/candidate.cfm

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.
TAX ADVICE NOTICE: Tax advice, if any, contained in this e-mail does not constitute a "reliance opinion" as defined in IRS Circular 230 and may not be used to establish reasonable reliance on the opinion of counsel for the purpose of avoiding the penalty imposed by Section 6662A of the Internal Revenue Code.

# Exhibit 3

**From:** Rituraj <raj_physio2001@yahoo.co.in>
**To:** Ramon Villegas <rvillegas@accesstherapies.com>
**Sent:** Wednesday, 17 August 2011 8:49 AM
**Subject:** Re: Hello

Hello,
I would be concentrating on the exam but let me know if any job opportunity comes up. Also, in the mean time will send Avdhi the completed documents.

Thank you

Rituraj Singh Panwar
Physical therapist
M.A. Kinesiology
M.S. Health Care Management

On Aug 16, 2011, at 10:19 AM, Ramon Villegas <rvillegas@accesstherapies.com> wrote:

Hi Raj,

Similar to what we said before, the exam is always the priority. At 3 weeks away, we strongly recommend that you focus all your energies in preparing for this exam rather than trying to accomplish relocation to NY, adjustment to a new job and everything related to those – before taking the NPTE. If you want to do something while preparing for the NPTE, you can complete the pre-employment packet over that 3 weeks. Capitalize on your friend that is providing you a stress free environment to study and prepare for the NPTE in sunny FL. Capitalize as well on the momentum of your recent passing of the PTA licensure exam.

In the meantime, we can ask Marketing to market you as a PTA so whatever the results of the NPTE, you have work to look forward to. Send us a copy of your PTA license upon receipt.

Again, let us know if you wish to take the NPTE mock exam on the review website. Good luck in your studies!

Keep us posted.

Thanks.

Ramon
**Access Therapies**

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.
TAX ADVICE NOTICE: Tax advice, if any, contained in this e-mail does not constitute a "reliance opinion" as defined in IRS Circular 230 and may not be used to establish reasonable reliance on the opinion of counsel for the purpose of avoiding the penalty imposed by Section 6662A of the Internal Revenue Code.

**From:** ritu raj [mailto:raj_physio2001@yahoo.co.in]
**Sent:** Tuesday, August 16, 2011 9:02 AM
**To:** Ramon Villegas
**Subject:** Re: Hello

Hello Ramon,

Thank you for the wishes! I will complete the pre-employment package as soon as I receive it. Attached is the updated resume with my current Florida address. As far as the PT licensure exam is concerned, i have been spending a lot of time studying for it. I will still be concentrating on my preparation to take the exam on September 7, 2011. However, in the meantime, if you can find some suitable PTA job for me, it would be highly appreciated. Regarding my trip back to New York, as you know i do not have a place to stay and it will be awkward to go back to my friend's place. So i would rather like to move directly to the place where i will be assigned for the job. If the company places me somewhere as a PTA before my PT exam on September 7th, i would be more than happy to move right away. In case i have to wait until my PT exam, i would rather take my exam here in Florida, and then move

to the assigned place in NY. I hope you understand my situation of not having a place to stay at in NY as we have already talked about the issues that i was having with my friend as well as my on going financial situation. I have a place to stay in FL which has made it easier for me concentrate on my studies.
I would still like to seek your guidance and advice regarding what you think is appropriate for me to do.

Thank you again
Regards
Raj

**Rituraj S. Panwar**
**Physical Therapist**
**M.A. in Kinesiology**
**M.S. in Healthcare Management.**

**From:** Ramon Villegas <rvillegas@accesstherapies.com>
**To:** 'Rituraj' <raj_physio2001@yahoo.co.in>
**Sent:** Monday, 15 August 2011 4:49 PM
**Subject:** RE: Hello
Hi Raj,

It's nice to hear from you again. We weren't really expecting that good news from you but it is nevertheless good news. Congratulations on passing the PTA licensure exam! Will coordinate Marketing on possible placements for you but we still want you to pursue the PT licensure exam since we know that you can earn more if you have a PT license compared to a PTA license. Don't you think it would be wiser to wait and prepare for the September 7 NPTE (3 weeks away) rather than start on new work? It's practically around the corner.

Avdhi will be coordinating with you on your pre-employment packet. Please accomplish it soonest so we can begin to market you. Kindly email us your updated resume indicating your new contact

details there in FL. When do you expect to fly back to New York?

Keep us posted.

Thanks.

Ramon
**Access Therapies**
CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.
TAX ADVICE NOTICE: Tax advice, if any, contained in this e-mail does not constitute a "reliance opinion" as defined in IRS Circular 230 and may not be used to establish reasonable reliance on the opinion of counsel for the purpose of avoiding the penalty imposed by Section 6662A of the Internal Revenue Code.

**From:** Rituraj [mailto:raj_physio2001@yahoo.co.in]
**Sent:** Monday, August 15, 2011 12:05 PM
**To:** Ramon Villegas
**Subject:** Hello

Hello Ramon,

How have u been? I wasn't able to contact you after our last conversation as had to move out of my friend's apartment because of the problems he was facing because of my presence. He wasn't able to provide me any further shelter till y'all could have find me a job or till I take my licensure exam. I moved to my cousin's place in Florida. Here, he offered me a place to stay also lended me some money to take care of the expenses.

Now I am again busy preparing for the PT license exam. And in the mean time from the borrowed money my cousin who is MD doctor asked me to take the Physical therapy assistant exam. Thus, last week I appeared for the

NPTAE exam for New York state. And I m glad to inform you that I have cleared the physical therapy assistant license exam.

I would highly appreciate if you could find me a Physical therapy assistant position in New York state as it would be a great help to take care of my expenses. And in the mean time I can continue studying for the PT licensure exam. I have not yet received the copy of PTA license from NY state but would scan and send you the copy as soon as I receive it.

Thank you
Raj

Rituraj Singh Panwar
Physical therapist
M.A. Kinesiology
M.S. Health Care Management

# Exhibit 4

**From:** Tina Lalic <tina.accesstherapies@gmail.com>
**To:** ritu raj <raj_physio2001@yahoo.co.in>
**Sent:** Monday, 21 November 2011 5:52 PM
**Subject:** Re: Update

Hey Raj,

You are welcome.

He actually liked you a lot! He want you to join, however, he did not agree with our PTA rate.. So, we had Eugene and him negotiate a rate that will work for both of us.

On Mon, Nov 21, 2011 at 5:41 PM, ritu raj <raj_physio2001@yahoo.co.in> wrote:
Thank you for keeping me updated. By the way do you know what is the matter that Dr.Sadigh is not replying as when I went there for the Interview he was very happy and was waiting on me to join their facility asap. Is it just the rate and agreement matter between company and them that is delaying his reply or its something related to me. I am just worried that if its on my behalf then please let me know whether I have to submit some document or anything else that is of concern in me starting with the assignment at their facility. Anyways, thank you for submitting me to other facilities too and will surely hope to get some positive news from either of the places soon.:)

Thank You
Raj

Rituraj Panwar, PTA, BPT, MA-Kines, EMBA

**From:** Tina Lalic <tina.accesstherapies@gmail.com>
**To:** ritu raj <raj_physio2001@yahoo.co.in>
**Sent:** Monday, 21 November 2011 5:06 PM
**Subject:** Re: Update

Hey Raj,

We are waiting on Dr Sadigh to give us an answer. However, you have been submitted to another opening in Brewster NY.. Full time... and this client seems very interested. ;)

On Mon, Nov 21, 2011 at 5:03 PM, ritu raj <raj_physio2001@yahoo.co.in> wrote:

Hey Tina,

Any updates for me yet? Did the matter was resolve? Were they able to finalize the rate? Will highly appreciate your reply.
Thank You


Rituraj Panwar, PTA, BPT, MA-Kines, EMBA