UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RITURAJ SINGH PANWAR on behalf of himself and all others similarly situated,<br><br>     Plaintiff,<br><br>  vs.<br><br>ACCESS THERAPIES, INC,<br>RN STAFF INC doing business as<br>REHABILITY CARE,<br>RAMON VILLEGAS,<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. 1:12-cv-00619-TWP-TAB<br>)<br>)<br>)<br>)<br>)<br>) |

## ADOPTION

  The Magistrate Judge submitted his Report and Recommendation on Plaintiff's motions for Fed. R. Civ. P. 37 sanctions and attorney's fees and Defendants' motion to strike Plaintiff's motion for attorney's fees.  Parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections.  The Court, having considered the Magistrate Judge's Report and Recommendation, and no objections having been filed, approves and adopts the Magistrate Judge's Report and Recommendation.  Accordingly, Plaintiff's motion for Fed. R. Civ. P. 37 sanctions [Docket Nos. 97, 114] is granted to the extent Plaintiff is entitled to reasonable attorney's fees and costs, but Plaintiff's request for a judgment or an adverse inference is denied.  Defendants' motion to strike [Docket No. 133.] is denied.  Plaintiff's motion for attorney's fees [Docket Nos. 122, 140] is granted to the extent Defendants shall pay Plaintiff fees and costs amounting to $28,431.46 within 60 days.

  Date:  03/03/2014

                       _____
                        Hon. Tanya Walton Pratt, Judge
                        United States District Court
                        Southern District of Indiana

Distribution:

G. John Cento
CENTO LAW LLC
cento@centolaw.com

Andrew P. Wirick
HUME SMITH GEDDES GREEN & SIMMONS
awirick@humesmith.com

Daniel Aaron Kotchen
KOTCHEN & LOW LLP
dkotchen@kotchen.com

Justin T. Ervin
KOTCHEN & LOW LLP
jervin@kotchen.com

Michael von Klemperer
KOTCHEN & LOW LLP
1745 Kalorama Rd.,NW,
Suite 101
Washington, DC 20009

Eamon F. Redmond
KOTCHEN & LOW, LLP
eredmond@kotchen.com

Michael F. Brown
PETERSON BERK & CROSS, S.C.
mbrown@pbclaw.com

Jeffrey B. Fecht
RILEY BENNETT & EGLOFF LLP
jfecht@rbelaw.com

Bryce H. Bennett, Jr.
RILEY BENNETT & EGLOFF LLP
bbennett@rbelaw.com