Exhibit 6



## EMPLOYMENT AGREEMENT

This Employment Agreement ("this Agreement") is made effective as of ___11/4/2009___, by and between **ACCESS THERAPIES, INC.**, and successor entities ("the Employer"), of 5980 West 71st Street, Suite 102, Indianapolis, IN 46278, and **Michael Richard Agustin** ("the Employee"), in consideration of the mutual promises made herein, now enter into this contract of employment.

## RECITALS:

Employee is a foreign national who has immigrated to the United States and wishes to be employed as a professional **Physical Therapist** ("PT") with Employer. In order to work in the United States as a **PT**, Employee must have a valid employment-based visa. Employer shall sponsor the Employee and file for an employment based-visa petition with U.S. Citizenship & Immigration Services ("USCIS").

Employer is engaged in the business of providing client companies with the staffing for Therapist and/or Healthcare professionals on both contract and direct placement terms. Employer is desirous of hiring Employee as a full time Employee to work in Employer's Client Facilities as a **PT** for a period of not less than **THREE YEARS** (6240 hours of work) after Employee receives his/ her visa and arrives in the U.S.A. In order to help the Employee accomplish these goals, Employer shall complete and submit to the USCIS the Employee's petition paperwork **(I-129 Petition)** and other necessary documents, employ Employee, and for this and other consideration, receipt of which is hereby acknowledged, Employee hereby agrees to these additional terms and conditions of Employment:

## ARTICLE I : <u>EMPLOYMENT</u>

**1.   Terms**
Employer hereby employs Employee and Employee hereby accepts employment with Employer for a period of **THREE YEARS** (6240 hours of work) beginning upon start of work.

**2.   Renewal**
This contract shall be renewed automatically for successive one (1) year terms unless thirty (30) days written notice is given by either party to the other at the addresses and in the manner specified in this agreement.

**3.   Employment Terms**
As used herein, the phrase "employment term" refers to the entire period of Employee's employment by Employer hereunder, whether for the periods provided above or whether terminated earlier as hereinafter provided or extended by mutual agreement between Employer and Employee.

002014

## ARTICLE II: <u>DUTIES OF EMPLOYEE</u>

1.    **Service Rendered**
Employee is hereby hired to perform services for Employer as staff **physical therapist** under the direct supervision of Access Therapies' client and, in the capacity, primarily to provide professional therapy services to such health care facilities or organizations ("Client Facility") as Employer shall from time to time designate.

2.    **Time and Attention**
Employee agrees to devote all of his/her scheduled time, attention, and energy to the performance of his/her duties as a staff physical therapist, subject to the direction and control of Employer and shall, to the best of his/her ability, make every effort to achieve Employer's policies and goals. Specifically, Employee agrees to work at least 40 hours per week (full time), which is any 7 day period, at such Client Facility as Employer shall designate.

3.    **Employee Overtime**
Employee shall not work overtime unless specifically authorized in writing by Employer. Employee acknowledges that the Client facility may not authorize overtime on behalf of Employer. It is the employee's responsibility to advise Employer when he/she has worked 40 hours at Client Facility.

4.    **Work Assignments**
Employer will make work assignments based on training, competency, and work qualifications. Employer shall be the sole and the only party to determine an Employee's training, competency, and work qualifications for any work assignment.

5.    **Adherence to Rules**
Employee, at all times during the performance of this contract, shall strictly adhere to and obey all the rules and regulations now in effect or as subsequently modified governing the conduct of employees of Employer.

6.    **Indemnification for Negligence or Misconduct**
Employee shall indemnify and hold Employer harmless from all liability for loss, damage, or injury to persons or property resulting from the negligence or misconduct of the Employee.

## ARTICLE III: <u>OBLIGATION OF EMPLOYER</u>

1.    **General Description**
Employer shall provide Employee with compensation, incentives, and benefits specified elsewhere in this Contract.

2.    **Relocation and Reimbursement**
In the effort of the Employer to employ the foreign professional therapists in the United States, the Employer agrees to the following:

a.  Employer shall provide housing for the Employee for the first three (3) months (not more than $ 600 per month) upon start of employment. Should the assignment be a traveling assignment Employer agrees to continuously provide housing until the assignment is accomplished;

b.  Employer shall provide a relocation allowance from assignment to the next; and

c.  Employer agrees to reimburse Licensure Endorsement to another state, if not finance by it, whatever the case maybe.

## ARTICLE IV. COMPENSATION OF EMPLOYEE

### 1.  Hourly Compensation
During the initial year, as compensation for services to be performed hereunder, Employee shall receive the sum $ 27 - $35 per hour.

### 2.  Hourly Rate Increase Compensation
During the term of hire, Employee will receive an appraisal after six months of work. All other incentives will be dependent on assignments.

### 3.  Overtime Compensation
If the Employee is required ("called out") to work more than forty (40) hours in the same facility where he/she is assigned, he/she shall be paid, in addition to straight time, not less than one and one half hours of overtime pay.

## ARTICLE V. EMPLOYEE BENEFITS

### 1.      Paid Vacation
Employee shall be entitled with one week of paid vacation after one (1) year of continuous service. Regrettably, unused vacation time cannot be accumulated or paid in lieu of time not taken. The basis of vacation pay is the Employee's straight time rate multiplied by the hours taken.

An employee may not go on leave for more than ninety (90) consecutive days.

### 2.      Sick Leave
Employee shall be entitled to two (2) days of sick leave per year. Employee must submit to Employer a physician signed "return to work" notice after an absence from work.

### 3.      Family and Medical Leave
Employer shall comply with the applicable federal and state labor and employment laws, including the Family and Medical Leave Act of 1993 (FMLA).

4.      **Insurance**

Employee, upon completion of certain requirements, shall be entitled to participate in the Employer's medical and dental health insurance program. The company also provides Professional Liability insurance and Life Insurance.

5.      **401K   Investment and Savings Program**

Employee shall be entitled to participate in the Employer's 401K Investment and Savings Program upon completion of certain requirements.

## ARTICLE VI:  RECOVERY OF EXPENSES

If the Employee leaves his/ her employment before the completion of the three years initial term of employment, Employee shall pay all cost incurred by the Company, $15,000 plus all costs associated with collection, or litigation, plus interest, court cost and Attorney's fees, whether or not a lawsuit is commenced as part of the collection process. The term should be effective upon actual filing of the I-129 petition.

## ARTICLE VII:  RECOMMENDATIONS FOR IMPROVING OPERATIONS

Employee shall provide Employer all information regarding Employer's business of which employee has knowledge. Employer shall make all suggestions and recommendation that will be of mutual benefit to Employer and Employee.

## AMENDMENTS

This agreement supersedes any prior agreement between the Employer and Employee, and any amendments to this Agreement shall not become effective without written agreement by both parties.

## SEVERABILITY

If any of this Agreement shall be held to be invalid or unenforceable for any reason, the remaining provisions shall continue to be valid and enforceable. If a court finds that any provision of this Agreement is invalid or unenforceable, but that by limiting such provision it would become valid or enforceable, then such provision shall be deemed written, construed, and enforced as so limited.

## ATTORNEY'S FEES

In any legal action or other proceeding brought to enforce or interpret the terms of this Agreement, the prevailing party shall be entitled to recover reasonable attorneys' fees and costs.

**GOVERNING LAW**

This Agreement shall be governed by and construed in accordance with the law of the State of Indiana.

This Agreement has been executed and accepted in Marion County, Commonwealth of Indiana, and the rights and obligations of the parties shall be governed by, enforced under and interpreted in accordance with the substantive laws of the Commonwealth of Indiana without regard to its principles of conflicts of law. Jurisdiction for all disputes arising under this agreement shall be exclusively in MARION County, Indiana.

Employer:

**HARVINDER DHANI**
Vice-President

Date: 11/4/2009.

Employee:

Michael Richard Agustin

Date: April 14, 2009

002018