

Exhibit 26



# EMPLOYMENT AGREEMENT

This Employment Agreement ("this Agreement") is made effective as of _____ by and between **REHABILITY CARE.**, and successor entities ("the Employer"), of 14902 Shelborne Rd., Westfield, Indianapolis, IN 46074, and <u>Arlin Covero</u> ("the Employee"), in consideration of the mutual promises made herein, now enter into this contract of employment.

### WITNESSETH: That -

Employee is a foreign national who has immigrated to the United States and wishes to be employed as a professional **Physical Therapist** with Employer. In order to work in the United States as a PT, Employee must have a valid Employment-based Visa. Employer shall sponsor the Employee for an Employment based-Visa with USCIS, as well as employment with Employer.

Employer is desirous of hiring Employee as a full time Employee to work in Employer's Client Facilities as a PT for a period of not less than 2 YEARS (4160 hours of work) after Employee receives his/ her work permit. In order to help the Employee to accomplish these goals, Employee has successfully passed TOELF-IBT, and NPTE examination. Employer will complete and submit to the USCIS the Employee's petition paperwork (I-129 Petition) NON- IMMIGRANT Petition for Alien Worker and other necessary documents, employ Employee, and for this and other consideration, receipt of which is hereby acknowledged, Employee hereby agrees to these additional terms and conditions of Employment:

**NOW, THEREFORE**, for and in consideration of the foregoing premises, and of the mutual covenants contained herein, the Parties hereby agree to the following terms and conditions. To with:

## 1. EMPLOYMENT

**a)      Terms**
Employer hereby employs Employee and Employee hereby accepts full-time employment with Employer for a period of **TWO YEARS (4160 hours of work)** beginning upon start of work.

**b)      Employment Terms**
As used herein, the phrase "employment term" refers to the entire period of Employee's employment by Employer hereunder, whether for the periods provided above or whether terminated earlier as hereinafter provided or extended by mutual agreement between Employer and Employee.

*Initials:*
*1*

*Rehability Care:* _____

*Employee:* _____

*P*

## 2. DUTIES OF EMPLOYEE

**a)**     **Service Rendered**
Employee is hereby hired to perform services for Employer as a physical therapist under the direct supervision of Rehability Care's client and, in the capacity, primarily to provide professional therapy services in behalf of Company and its affiliated companies on an exclusive basis at a long-term care facility, home care setting, out-patient facility or other available placement pursuant to the terms and conditions set forth in this Agreement. Employee understands that Company reserves the right to reassign Employee to another service location within the Company network as needed.

Employer will make work assignments based on training, competency, and work qualifications. Employer shall be the sole and the only party to determine an Employee's training, competency, and work qualifications for any work assignment.

Employee agrees to work as soon as she/he has the working permit &/or working visa or as long as she/he can legally work for the employer whichever comes first.

Employee agrees to work anywhere in the state where the employee is licensed, without specific preference to work on one particular location only but will be willing to work to where the present assignment the employer has at anytime during the employees contract with the employer.

**b)**     **Time and Attention**
Employees shall devote Employee's working time, attention, and energy to the business of the Company, and the Company alone, during the Employment Period and shall exert Employee's best efforts in performance of Employee's duties as stipulated in the signed Job Description. Employee will not be allowed to hold any outside employment during the period of this Employment Contract.

**c)**     **Employee Overtime**
Employee shall work overtime once authorized in writing by Employer. Employee acknowledges that the Client facility may not authorize overtime on behalf of Employer. It is the employee's responsibility to advise Employer when he/she has worked 40 hours at Client Facility.

If the Employee is required ("called out") to work more than forty(40) hours in the same facility he/she is assigned, he/she shall be paid, in addition to straight time, not less than one and one half hours of overtime pay.

**d)**     **Adherence to Rules**
Employee, at all times during the performance of this contract, shall strictly adhere to and obey all the rules and regulations now in effect or as subsequently modified governing the conduct of employees of Employer.

**e)**     **Indemnification for Negligence or Misconduct**
Employee shall indemnify and hold Employer harmless from all liability for loss, damage, or injury to persons or property resulting from the negligence or misconduct of the Employee.

*Initials:*
2

*Rehability Care:* _____

*Employee:* _____

*P*

## 3. OBLIGATION OF EMPLOYER

**a)**        **General Description**
        Employer shall provide Employee with compensation, incentives, and benefits specified elsewhere in this Contract.

**b)**        **Relocation and Reimbursement**
        In the effort of the Employer to employ the foreign professional therapists in the United States, the Employer agrees to the following:

i.        Employer shall provide housing for the Employee for the first three (3) months (not more than $600 per month) upon start of employment. Should the assignment be a traveling assignment Employer agrees to continuously provide housing until the assignment is accomplished.

ii.        Employer shall provide a relocation allowance from assignment to the next; and

iii.        Employer agrees to reimburse Licensure Endorsement to another state, if not finance by it, whatever the case maybe.

## 4. COMPENSATION OF EMPLOYEE

        During the initial year, as compensation for services to be performed hereunder, Employee shall receive the sum $ 1200 net per week.

## 5. EMPLOYEE BENEFITS

**a)**        **Paid Vacation**
        Employee shall be entitled with one week of paid vacation after one (1) year of continuous service. Regrettably, unused vacation time cannot be accumulated or paid in lieu of time not taken. The basis of vacation pay is the Employee's straight time rate multiplied by the hours taken.

        An employee may not go on leave for more than thirty (30) consecutive days for the duration of the employee's contract with Rehability Care.

**b)**        **Insurance**
        Employee shall be entitled to participate in the Employer's medical, vision, life, and dental health insurance program. The company also provides Professional Liability insurance and Workers Compensation Insurance.

**c)**        **401K   Investment and Savings Program**
        Employee shall be entitled to participate in the Employer's 401K Investment and Savings Program upon completion of certain requirements.

**d)**        **Continuing Education Units (CEUs) Allowance**
        Employee shall be entitled to a maximum of $500 per year after 6 months of full-time continuous service with the company.   Unused CEU cannot be paid in lieu of time not taken.

*Initials:*        *Rehability Care:*                                *Employee:*                P
3

DEF015116

## 6. RESTRICTIVE COVENANT

During the period of this employment agreement, the Employee shall refrain from working with any other company or facility in the United States unless authorized or permitted in writing by Rehability Care. Additionally, should the Employee terminate his/ her employment with Rehability Care with or without cause, the Employee agrees not to work with any company or healthcare facility to whom the Employee was referred to or introduced by Rehability Care or to whom the Employee perform services on behalf of Rehability Care for a period of one (1) year.

Employee understands that this restrictive covenant is necessary to protect the business and goodwill of Rehability Care and that non compliance by the Employee will cause irreparable and continued damages to Rehability Care such that monetary damages is inadequate to remedy such harm. Thus, Employee agrees that in the event he/she breaches or threatens to breach any of the provisions of this section, Rehability Care shall be entitled to a preliminary and permanent injunction in order to prevent the continuation of such harm. Nothing in this agreement, however, shall prohibit Rehability Care from pursuing any other remedy.

## 7. LIQUIDATION OF DAMAGES

If the Employee leaves his/ her employment before the completion of the two years initial term of employment, Employee shall pay all liquidation cost incurred by the Company, actual allocated costs of the Company's time and related office and administrative costs in preparing the Employee for employment in the U.S. (equivalent to 13 man-weeks at $40 per hour); actual direct costs of recruiting, immigration and start of contract equaling to at least $5,500; actual lost earnings associated with the remaining contract hours not completed at $10 per hour, which is the minimum salary paid to any clinical employee at the Company; plus all costs associated with collection, or litigation, plus interest, court cost and Attorney's fees, whether or not a lawsuit is commenced as part of the collection process. The term should be effective upon actual filing of the I-129 petition.

Employee specifically agrees that the liquidated damages amount is not a penalty, and that he or she specifically waives any defense as to the validity of the liquidated damage provision on the grounds that the liquidated damages are void as a penalty or that the agreed upon liquidated damage amount is not reasonably related to actual damages.

## 8. RECOMMENDATIONS FOR IMPROVING OPERATIONS

Employee shall provide Employer all information regarding Employer's business of which employee has knowledge. Employer shall make all suggestions and recommendation that will be of mutual benefit to Employer and Employee.

Employee agrees, in all aspects of his/her employment, to comply with the policies, procedures and standards and regulations of Employer and the assigned facilities. Employee shall perform his or her duties faithfully, intelligently, to the best of his or her ability and in the best interest of Employer. Employee also agrees to abide by all US, State and local laws regulations.

## 9. AMENDMENTS

Initials:
4

Rehability Care:

Employee:

P

DEF015117

This agreement supersedes any prior agreement between the Employer and Employee, and any amendments to this Agreement shall not become effective without written agreement by both parties.

## 10. SEVERABILITY

If any of this Agreement shall be held to be invalid or unenforceable for any reason, the remaining provisions shall continue to be valid and enforceable. If a court finds that any provision of this Agreement is invalid or unenforceable, but that by limiting such provision it would become valid or enforceable, then such provision shall be deemed written, construed, and enforced as so limited.

## 11. CHANGE OF ADDRESS

Employee will notify Employer in writing, within ten (10) days of any change of name, addressor Telephone number.

## 12. ATTORNEY'S FEES

In any legal action or other proceeding brought to enforce or interpret the terms of this Agreement, the prevailing party shall be entitled to recover reasonable attorneys' fees and costs.

## 13. GOVERNING LAW

This Agreement shall be governed by and construed in accordance with the law of the State of Indiana.

This Agreement has been executed and accepted in Marion County, Commonwealth of Indiana, and the rights and obligations of the parties shall be governed by, enforced under and interpreted in accordance with the substantive laws of the Commonwealth of Indiana without regard to its principles of conflicts of law. Jurisdiction for all disputes arising under this agreement shall be exclusively in MARION County, Indiana.

Employer: _____

**MANUEL GARCIA**
President

Date: _____

Employee: _____

Arlin Covero

Date: _____