UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RITURAJ SINGH PANWAR,<br>MICHAEL RICHARD BAUTISTA<br>AGUSTIN,<br><br>           Plaintiffs,<br><br>vs.<br><br>ACCESS THERAPIES, INC,<br>RN STAFF INC doing business as<br>REHABILITY CARE,<br>RAMON VILLEGAS,<br>HARVINDER DHANI,<br>MANUEL GARCIA,<br>RAMON VILLEGAS,<br><br>           Defendants. | No. 1:12-cv-00619-TWP-TAB |

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58**

Having this day made its Entry granting summary judgment in favor of Defendants, Access Therapies, Inc., RN Staff (d/b/a/ Rehability Care), Ramon Villegas, Harvinder Dhani, Manuel Garcia, and Ramon Villegas, the Court hereby enters JUDGMENT in favor of Defendants and against the Plaintiffs. Plaintiffs shall take nothing by way of their complaint and this action is terminated.

SO ORDERED.

Dated: 3/25/2015

Laura Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Michael F. Brown
DVG LAW PARTNER LLC
mbrown@dvglawpartner.com

G. John Cento
CENTO LAW LLC
cento@centolaw.com

Daniel Aaron Kotchen
KOTCHEN & LOW LLP
dkotchen@kotchen.com

Andrew P. Wirick
HUME SMITH GEDDES GREEN & SIMMONS
awirick@humesmith.com,lwhite@humesmith.com