

# I N V O I C E

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 70980 | 4/14/2014 | 56418 |
| **Job Date** | **Case No.** | |
| 4/8/2014 | 1:12-CV-619 | |
| **Case Name** | | |
| Panwar -v- Access Therapies, et al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

G. John Cento, Esquire
Cento Law, LLC
The Emelie Building
334 North Senate Avenue
Indianapolis, IN  46204

EXPEDITED TRANSCRIPT WITH INDEX OF:

   Femie Catacata     345.00

**TOTAL DUE  >>>**     **$345.00**

60 pages - 2 day expedite

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

G. John Cento, Esquire
Cento Law, LLC
The Emelie Building
334 North Senate Avenue
Indianapolis, IN  46204

Job No.      : 56418             BU ID      : 1-MAIN
Case No.     : 1:12-CV-619
Case Name    : Panwar -v- Access Therapies, et al

Invoice No.  : 70980             Invoice Date : 4/14/2014
**Total Due**    : **$345.00**

Remit To:  **Planet Depos**
           **405 East Gude Drive**
           **Suite 209**
           **Rockville, MD  20850**

**PAYMENT WITH CREDIT CARD**     MasterCard  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____  Phone#: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____