# I N V O I C E



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 71409 | 4/22/2014 | 56428 |
| **Job Date** | **Case No.** | |
| 4/10/2014 | 1:12-CV-619 | |
| **Case Name** | | |
| Panwar -v- Access Therapies, et al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

G. John Cento, Esquire
Cento Law, LLC
The Emelie Building
334 North Senate Avenue
Indianapolis, IN  46204

TRANSCRIPT WITH INDEX OF:

   Tess Mabesa                                                              74.00  Pages                     218.30

                                                                  **TOTAL DUE >>>**         **$218.30**

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

G. John Cento, Esquire
Cento Law, LLC
The Emelie Building
334 North Senate Avenue
Indianapolis, IN  46204

Job No.      : 56428         BU ID       : 21-OOT-R
Case No.     : 1:12-CV-619
Case Name    : Panwar -v- Access Therapies, et al

Invoice No.  : 71409         Invoice Date   : 4/22/2014
**Total Due**    **: $218.30**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____  Phone#: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

Remit To:   **Planet Depos**
            **405 East Gude Drive**
            **Suite 209**
            **Rockville, MD  20850**