# Marilyn M. Jones & Associates, Ltd.
P.O. BOX 1103
Michigan City, Indiana 46361
(219) 879-4077 Phone   (219) 879-1211 Fax
Tax ID: 35-1793988

May 3, 2014

Mr. John Cento
Cento Law, LLC
The Emelie Building
334 N. Senate Avenue
Indianapolis, IN 46204

 EMAILED

Rebilled Invoice
Rebilled on July 7, 2014

**Invoice Number**
**14-MJ 8339**

**Re:** Panwar, et al vs. Access Therapies, Inc., et al
Cause No.: 1:12-CV-619-TWP-TAB Taken: 5/1/2014 - Michael Agustin

| Description of Services | | |
|---|---|---|
| AAppearance-Hourly | 5/1/2014  10:00 - 5:00 | 315.00 |
| iAO+1-02 day | Tran of: Michael Agustin - EXPEDITED 2-DAY TURNAROUND | 1083.50 |
| UPS/Handling/Binding | UPS/Handling/Binding | 9.50 |
| Exhibit Copying | Scan exhibits to PDF/Copy | 3.00 |
| | Invoice total: | $1,411.00 |

Our records indicate that this account is still outstanding. Please check your records. If you show this account as paid, call Marilyn at (219) 879-4077, extension 206.

9/10/2014

Marilyn M. Jones & Associates, LTD. **1,411.00

One Thousand Four Hundred Eleven and 00/100***************************************************************

Marilyn M. Jones & Associates, LTD.
P O BOX 1103
Michigan City, IN 46361

Invoice# 14-MJ8339

| Marilyn M. Jones & Associates, LTD. | | 9/10/2014 | |
| Panwar et al vs. access therapies, inc. | | | 1,411.00 |

Bmo Harris Bank Ope   Invoice# 14-MJ8339   1,411.00

| Marilyn M. Jones & Associates, LTD. | | 9/10/2014 | |
| Panwar et al vs. access therapies, inc. | | | 1,411.00 |

Bmo Harris Bank Ope   Invoice# 14-MJ8339   1,411.00