

# I N V O I C E

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 135522 | 12/4/2012 | 71416 |
| **Job Date** | **Case No.** ||
| 11/10/2012 | 1:12-CV-00619-TWP-TAB ||
| **Case Name** |||
| Rituraj Singh Panwar v. Access Therapies, Inc., et al. |||
| **Payment Terms** |||
| Due upon receipt |||

G. John Cento
RILEY BENNETT & EGLOFF, LLP
141 East Washington Street
Suite 400
Indianapolis IN  46204

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

   Rituraj Panwar             1,227.22

**TOTAL DUE  >>>**     **$1,227.22**
AFTER 1/3/2013  PAY     $1,288.58

Thank you.  Your business is appreciated.

Stewart Richardson now has an office in VALPARAISO.  Call us today for statewide coverage and beyond!

**Tax ID:** 35-1381218

Please detach bottom portion and return with payment.

G. John Cento
RILEY BENNETT & EGLOFF, LLP
141 East Washington Street
Suite 400
Indianapolis IN  46204

Job No.      : 71416           BU ID       : SRA
Case No.     : 1:12-CV-00619-TWP-TAB
Case Name    : Rituraj Singh Panwar v. Access Therapies, Inc.,
               et al.
Invoice No.  : 135522          Invoice Date : 12/4/2012
**Total Due  : $1,227.22**
AFTER 1/3/2013  PAY  $1,288.58

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____  Phone#: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature:

Remit To:   **Stewart Richardson Deposition Services**
             **One Indiana Square, Suite 2425**
             **211 N. Pennsylvania**
             **Indianapolis IN  46204**