

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 136630 | 1/15/2013 | 72543 |ит
| Job Date | Case No. | |
| 1/9/2013 | 1:12-CV-00619-TWP-TAB | |
| Case Name | | |
| Rituraj Singh Panwar v. Access Therapies, Inc., et al. | | |
| Payment Terms | | |
| Due upon receipt | | |

G. John Cento
RILEY BENNETT & EGLOFF, LLP
141 East Washington Street
Suite 400
Indianapolis IN 46204

1 CERTIFIED COPY OF TRANSCRIPT OF:

  Harvinder Dhani    205.36

**TOTAL DUE >>>**    **$205.36**

AFTER 2/14/2013 PAY    $215.63

Thank you. Your business is appreciated.

Stewart Richardson now has an office in VALPARAISO. Call us today for statewide coverage and beyond!

**Tax ID:** 35-1381218

Please detach bottom portion and return with payment.

G. John Cento
RILEY BENNETT & EGLOFF, LLP
141 East Washington Street
Suite 400
Indianapolis IN 46204

Job No. : 72543    BU ID : SRA
Case No. : 1:12-CV-00619-TWP-TAB
Case Name : Rituraj Singh Panwar v. Access Therapies, Inc., et al.
Invoice No. : 136630    Invoice Date : 1/15/2013
**Total Due : $205.36**
AFTER 2/14/2013 PAY $215.63

Remit To: **Stewart Richardson Deposition Services**
**One Indiana Square, Suite 2425**
**211 N. Pennsylvania**
**Indianapolis IN 46204**

**PAYMENT WITH CREDIT CARD**    AMEX / MasterCard / VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____